# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VIMALA LLC, dba ALECIA and ALECIA VENKATARAMAN, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:19-cv-00513 |
| v. | ) Judge Eli J. Richardson<br>) Magistrate Judge Jeffery S. Frensley |
| WELLS FARGO BANK, N.A. and WELLS FARGO MERCHANT SERVICES, LLC, | )<br>) JURY DEMAND |
| Defendants. | ) |

## **PROPOSED ORDER**

Upon consideration of Defendants' Motion to Continue Trial (the "Motion"), any oppositions or replies thereto, and for good cause shown, the Motion is GRANTED. Accordingly, pursuant to Local Rule 6.01(a)(4), the trial scheduled for December 7, 2021 as well as all pre-trial deadlines set forth in the Court's February 22, 2021 Order (ECF #99) are continued pending resolution of Wells Fargo's Motion for Summary Judgment (ECF #118) and Motion for Sanctions (ECF #125) and Plaintiffs' Motions to Dismiss (ECF #114, #115).

Trial will be reset if necessary after the Court's rulings on these motions.

IT IS SO ORDERED.

Date: _____, 2021          _____
                                                                                      ELI J. RICHARDSON
                                                                                      UNITED STATES DISTRICT JUDGE