IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIMALA, LLC, d/b/a ALECIA, et al., | ) | |
| Plaintiffs, | ) | NO. 3:19-cv-00513 |
| v. | ) | JUDGE RICHARDSON |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendants. | ) | |

## **ORDER**

A telephonic status conference is hereby scheduled for June 9, 2022, at 11:00 a.m. Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE