IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VIMALA, LLC et al.,                          )
                                             )
    Plaintiffs,              )
                                             )          NO. 3:19-cv-00513
v.                                           )          JUDGE RICHARDSON
                                             )
WELLS FARGO BANK, N.A., et al.,              )
                                             )
    Defendants.              )
                                             )
                                             )

## ORDER

The Court held a telephonic status conference with the Parties on June 9, 2022. Consistent with the discussion during the conference, the parties are **DIRECTED** to file a joint notice, by June 30, 2022, indicating what provisions of an ultimate order appointing a special master they would mutually agree upon, as well as any respective competing proposals for terms on which they do not agree.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE