IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIMALA, LLC, d/b/a ALECIA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:19-cv-00513 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 3, 2022, this Court appointed a special master pursuant to Fed. R. Civ. P. 53 to address two specific issues.[1] (*See* Doc. No. 188 at ¶ 2, "Delegated Issues"). The special master's eventual report and recommendation regarding the Delegated Issues will undoubtedly affect the parties' respective arguments made in support of or against the various motions that are currently pending before this Court. Accordingly, to avoid an influx of requests to file supplemental briefs once the special master issues his report and recommendation, and to aid the Court in more efficiently identifying and resolving the issues that remain in light of the report and recommendation and any objections thereto, the Court will deny without prejudice the pending motions.[2] The parties may refile the pending motions, with whatever changes the parties

---

[1] Those issues are: "first, which (if any) of the allegedly fabricated emails raised in Wells Fargo's Motion for Sanctions (Doc. Nos. 125, 126) were fabricated; and, if so, second, which (if any) of such fabricated emails were fabricated by Plaintiff Venkataraman." (Doc. No. 188 at ¶ 2).

[2] Those motions are: Plaintiff Alecia Venkataraman's Motion to Dismiss (Doc. No. 114); Plaintiff Vimala, LLC's Partial Motion to Dismiss (Doc. No. 115); Defendants' Motion for Summary Judgment (Doc. No. 118); Defendants' Motion for Sanctions (Doc. No. 125); Defendants' Motion to Exclude Expert Opinions and Testimony of Daniel Murphy (Doc. No. 152). Defendants' Motion to Exclude Expert Opinions and Testimony of Mark Lanterman (Doc. No. 154); and Defendants' Motion to Exclude Expert Opinions and Testimony of Michael Olson (Doc. No. 156).

deem necessary, in accordance with an amended case management or scheduling order to be entered at an appropriate time.

Accordingly, Doc. Nos. 114, 115, 118, 125, 152, 154, and 156 are hereby DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE