| **From:** | Zachery Darnell |
| --- | --- |
| **To:** | scott; Daniel Barham; Hestin, Nellie E. |
| **Cc:** | Shaw, Jarrod D.; Scott Maucere; pSmalto; Sarah Cofer |
| **Subject:** | Vimala LLC v Wells Fargo et al |
| **Date:** | Wednesday, September 7, 2022 4:09:50 PM |
| **Attachments:** | sales_2017-01-01-2017-09-30-9102.xlsx |
| | sales_2017-01-01-2017-09-30-1222.xlsx |
| | sales_2017-01-01-2017-09-30-1622.xlsx |

Mr. Cooper,

This email is in response to your request for additional information during our preliminary call on August 30, 2022. Attached are three Microsoft Excel Spreadsheets that were combined to make Exhibit 6 to the Complaint. Next, you asked for an explanation of Vimala LLC's order system, specifically the "split pay" system. Ms. Venkataraman explains the system in her August 24, 2020 deposition which has previously been provided to you. Specifically she discusses this beginning on page 96:17; 103:22; 183:20; and 185:13. If you have any questions about the system or need additional explanation, I am happy to do so. Finally, you requested the production dates of the emails in this matter. Those production dates are: On January 23, 2020, several hundred emails were produced in response to discovery requests. Next, on June 1, 2020, emails were produced, then on March 26, 2021, we provided "clean copies" of the emails in question, that were taken directly from Google by Mr. Lanterman. We made multiple productions of emails because first we received copies of emails Ms. Venkataraman had forwarded to herself to save as her email servers were being shut down, next we were able to recover .olk versions of emails that were "recovered" and converted back to emails, which were then produced, and finally we were able to reinstitute some of Vimala, LLC's old admin email accounts and recover native emails directly from Google.

If you have any other questions or need additional information, please do not hesitate to contact me. Thanks."

Sincerely,

Zachery S. Darnell, Esq.
Licensed in TN and FL
Zachery@B-M.law


Barham & Maucere LLC
6708 Heritage Business CT
Chattanooga, TN 37421
O +1 423.855.1755
Toll Free: 833.77BMLAW

PRIVATE AND CONFIDENTIAL

This e-mail message contains privileged and confidential information intended only for the use of the intended recipient(s). Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and attachment(s). Unless an express

agreement has been reached between you and Barham & Maucere LLC regarding the specific terms of engagement, no attorney/client relationship is created by virtue of this message, its contents, or any enclosures, and you may not rely upon this message for any purpose, including for the purpose of obtaining legal advice. Barham & Maucere LLC disclaims liability for losses or damage resulting from viruses or other defects in connection with this e-mail. PUSHTOSTART is a product of Barham & Maucere LLC

CONSUMER NOTICE PURSUANT TO 15 U.S.C. SECTION 1692(G). Barham & Maucere LLC is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This letter is from a debt collector. Unless you notify this office within thirty days after the receipt of this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the thirty-day period that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you, and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.