# INVOICE

| | |
|---|---|
| Pegasus Squire, Inc.<br>12021 Wilshire Blvd., Ste 770<br>Los Angeles, CA 90025-1206<br>(866) 208-6837 | INVOICE NUMBER: IN-420.8856<br>INVOICE DATE: 09/16/2022 |

MATTER/CLIENT: SMALTO/TNMD

TERMS: Net 30

| | | |
|---|---|---|
| Daniel Barham<br>Barham & Maucere LLC<br>7209 Haley Industrial Dr Ste 210<br>Nolensville, TN 37135 | Jarrod D. Shaw<br>McGuireWoods LLP<br>260 Forbes Ave Ste 1800<br>Pittsburgh, PA 15222 | PAYMENT DUE: 10/16/2022<br>CLIENT AGREEMENT: Docket 188, Order of 8/3/22<br>SALES TAX CODE: OOS |

### TASK/DESCRIPTION

Special Master services rendered in conjunction with the Vimala et al **v** Wells Fargo Bank et al matter; Case No: 3:19-cv-00513, for the period ending 08/31/2022.

| Special Master Assignment: | HOURS | RATE | AMOUNT | TX |
|---|---|---|---|---|
| – Project Retainer (to be applied to the final invoice) | | | $25,000.00 | n |
| – SMC services | 22.2 | 690.00 | $15,318.00 | n |
| – MAA services | 44.7 | 340.00 | $15,198.00 | n |
| – MBD services | 4.1 | 190.00 | $ 779.00 | n |
| Subtotal Services | | | $56,295.00 | |

Project Scope:
Court-appointed Special Master in the Vimala v Wells Fargo Bank matter.

Project/Tasks:
– Special Master duties, conference calls, e-mails, discovery review
– Additional communications with B-M (D Barham, Z Darnell), MGW (J Shaw, N Hestin), USDC TN Mid
– Review matter schedule, progress, & upcoming deadlines
– Review case related documents, including: emails, docket items, forensic reports, depositions, declarations, motions, orders, correspondence
– Data examination and initial analysis
– Hearing prep/participation

**PLEASE REMIT PAYMENT TO:**

Pegasus Squire, Inc.
12021 Wilshire Blvd., Ste 770
Los Angeles, CA 90025-1206
fid 81-0545941

| | |
|---|---|
| NET SERVICES: | $56,295.00 |
| NET EXPENSES: | $ 0.00 |
| INVOICE TOTAL: | $56,295.00 |
| **TOTAL DUE:** | **$56,295.00** |
| **PLAINTIFFS/B-M 33.3% DUE:** | **$18,746.24** |
| **DEFENDANTS/MGW 67.3% DUE:** | **$37,548.76** |

# INVOICE

| | |
|---|---|
| Pegasus Squire, Inc.<br>12021 Wilshire Blvd., Ste 770<br>Los Angeles, CA 90025-1206<br>(866) 208-6837 | INVOICE NUMBER: IN-420.9858<br>INVOICE DATE: 10/03/2022 |

| | |
|---|---|
| MATTER/CLIENT: SMALTO/TNMD | TERMS: Net 30 |

| Daniel Barham<br>Barham & Maucere LLC<br>7209 Haley Industrial Dr Ste 210<br>Nolensville, TN 37135 | Jarrod D. Shaw<br>McGuireWoods LLP<br>260 Forbes Ave Ste 1800<br>Pittsburgh, PA 15222 | PAYMENT DUE: 11/02/2022<br>CLIENT AGREEMENT: Docket 188, Order of 8/3/22<br>SALES TAX CODE: OOS |

### TASK/DESCRIPTION
Special Master services rendered in conjunction with the Vimala et al **v** Wells Fargo Bank et al matter; Case No: 3:19-cv-00513, for the period ending 09/30/2022.

| Special Master Assignment: | HOURS | RATE | AMOUNT | TX |
|---|---|---|---|---|
| – SMC services | 38.4 | 690.00 | $26,496.00 | n |
| – MAA services | 53.2 | 340.00 | $18,088.00 | n |
| – MBD services | 2.8 | 190.00 | $ 532.00 | n |
| Subtotal Services | | | $45,116.00 | |

Project Scope:
Court-appointed Special Master in the Vimala v Wells Fargo matter.

Project/Tasks:
- Special Master duties, conference calls, e-mails, discovery review
- Additional communications (incl Zoom calls) with:
  B-M (D Barham, S Maucere, Z Darnell), MGW (J Shaw, N Hestin), USDC TN Mid
- Review matter schedule, progress, & upcoming deadlines
- Review case related documents, including: emails, docket items, forensic reports, depositions, declarations, motions, orders, correspondence, 2017 sales recap
- Continued data examination and analysis
- Conference calls with Judge Richardson
- Prepare for/participate in Para9/"initial call"
- Prepare for/request related documents, data, testimony

| DATA SERVICES/EXPENSES: | QTY | EACH | TOTAL | TX |
|---|---|---|---|---|
| – 2TB HDD | 1 | $47.00 | $ 47.00 | i |
| Subtotal | | | $ 47.00 | |

**PLEASE REMIT PAYMENT TO:**

Pegasus Squire, Inc.
12021 Wilshire Blvd., Ste 770
Los Angeles, CA 90025-1206
fid 81-0545941

| | |
|---|---|
| NET SERVICES: | $45,116.00 |
| NET EXPENSES: | $    47.00 |
| INVOICE TOTAL: | $45,163.00 |
| **TOTAL DUE:** | **$45,163.00** |
| **PLAINTIFFS/B-M 33.3% DUE:** | **$15,039.28** |
| **DEFENDANTS/MGW 66.7% DUE:** | **$30,123.72** |

# INVOICE

| | |
|---|---|
| Pegasus Squire, Inc.<br>12021 Wilshire Blvd., Ste 770<br>Los Angeles, CA 90025-1206<br>(866) 208-6837 | INVOICE NUMBER: IN-421.0859<br>INVOICE DATE: 11/04/2022 |

MATTER/CLIENT: SMALTO/TNMD  
TERMS: Net 20

| | | |
|---|---|---|
| Daniel Barham<br>Barham & Maucere LLC<br>7209 Haley Industrial Dr Ste 210<br>Nolensville, TN 37135 | Jarrod D. Shaw<br>McGuireWoods LLP<br>260 Forbes Ave Ste 1800<br>Pittsburgh, PA 15222 | PAYMENT DUE: 11/24/2022<br>CLIENT AGREEMENT: Docket 188, Order of 8/3/22<br>SALES TAX CODE: OOS |

### TASK/DESCRIPTION
Special Master services rendered in conjunction with the *Vimala et al* **v** *Wells Fargo Bank et al* matter; Case No: 3:19-cv-00513, for the period ending 10/31/2022.

| Special Master Assignment: | HOURS | RATE | AMOUNT | TX |
|---|---|---|---|---|
| – Add'l Project Retainer (to be applied to the final invoice) | | | $25,000.00 | |
| – SMC services | 31.1 | 690.00 | $21,459.00 | n |
| – MAA services | 56.9 | 340.00 | $19,346.00 | n |
| – MBD services | 2.4 | 190.00 | $ 456.00 | n |
| Subtotal Services | | | $66,261.00 | |

Project Scope:  
Court-appointed Special Master in the Vimala v Wells Fargo matter.

Project/Tasks:
- Special Master duties, conference calls, e-mails, discovery review
- Additional communications (incl Zoom calls) with:  
  B-M (D Barham, S Maucere, Z Darnell), MGW (J Shaw, N Hestin), USDC TN Mid,
- Review matter schedule, progress, & upcoming deadlines
- Review case related documents, including: emails, docket items, forensic reports, depositions, declarations, motions, orders, correspondence, 2017 sales recap
- Continued data examination and analysis
- Conference calls with Judge Richardson
- Prepare for/request related documents, data, testimony (& clarifications)
- Generate Deliverables:
  - d42j01 – 10/1 Follow-up inquiries from Special Master

**PLEASE REMIT PAYMENT TO:**

Pegasus Squire, Inc.  
12021 Wilshire Blvd., Ste 770  
Los Angeles, CA 90025-1206  
fid 81-0545941

| | |
|---|---|
| NET SERVICES: | $66,261.00 |
| NET EXPENSES: | $     0.00 |
| INVOICE TOTAL: | $66,261.00 |
| **TOTAL DUE:** | **$66,261.00** |
| **PLAINTIFFS/B-M 33.3% DUE:** | **$22,064.91** |
| **DEFENDANTS/MGW 66.7% DUE:** | **$44,196.09** |