IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VIMALA LLC, dba ALECIA et al.,

Plaintiffs

v.

WELLS FARGO BANK, N.A. et al.,

Defendants.

No. 3:19-cv-0513

Judge Eli J. Richardson
Magistrate Judge Jeffery S. Frensley

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE

The parties hereby stipulate to the following pursuant to Civ. R. Proc. 41(a)(1)(ii):

1. Plaintiff Vimala LLC, dba Alecia dismisses all claims asserted by it, against Defendants with prejudice.

2. Plaintiff Alecia Venkataraman dismisses all claims asserted by her, individually, against Defendants with prejudice.

3. This action, should be dismissed with prejudice.

4. The parties deem this stipulation to be a full resolution of any claims in this action, substantive or procedural, between them.

Respectfully Submitted,

*/s/ Daniel O. Barham*
Daniel O. Barham, TN BPR 034103
Scott Raymond Maucere, TN BPR 027407
Admitted to Practice in the U.S. District
Court for the Middle District of Tennessee
BARHAM & MAUCERE LLC
7209 Haley Industrial Dr, Ste 210
Nolensville, TN 37135

*/s/ Nellie E. Hestin (via email authorization on 12/16/2022)*
Jarrod D. Shaw (*pro hac vice*)
Nellie E. Hestin (*pro hac vice*)
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7909

1

Phone: (423) 855-1755
Attorneys@b-m.law

E-Mail: nhestin@mcguirewoods.com
jshaw@mcguirewoods.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on this day a true and exact copy of the foregoing document has been served on the following counsel by electronic mail and/or CM/ECF to:

William W. Drinkwater, Esq.
Nelson, Mullings, Riley & Scarborough, LLP
150 Fourth Ave, N
Suite 1100
Nashville, TN 37219
woods.drinkwater@nelsonmullins.com

      This the 16th day of December 2022

                              **BARHAM & MAUCERE LLC**

                              ***/s/ Daniel O. Barham***