IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIMALA LLC, dba ALECIA et al., <br><br> Plaintiffs <br><br> v. <br><br> WELLS FARGO BANK, N.A. et al., <br><br> Defendants. | No. 3:19-cv-0513 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley |

## BARHAM & MAUCERE LLC'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Now comes Barham & Maucere LLC ("Counsel"), for the firm and its attorneys appearing in this action, pursuant to LR 83.01(e) and requests permission of the Court to withdraw as counsel for Plaintiffs Alecia Venkataraman ("Ms. Venkataraman") and Vimala LLC ("Vimala") (collectively, "Plaintiffs"). Plaintiffs have discharged Counsel as their attorneys on December 22, 2022. See Exhibit A attached hereto. Pursuant to LR 83.01, Counsel certifies that it notified Plaintiff on December 23, 2022, of this motion. See Exhibit A. Plaintiffs have approved of this motion and have asked Counsel to request the Court allow sixty (60) days for Plaintiff to retain new representation. Counsel will file a memorandum in support of this motion. For the reasons set forth therein, Counsel seeks an order granting its motion to withdraw as attorneys for Plaintiffs.

Respectfully Submitted,

*/s/ Daniel O. Barham*
Daniel O. Barham, TN BPR 034103
Scott Raymond Maucere, TN BPR 027407
Zachery S. Darnell, TN BPR 035914
Steven G. Fuller, TN BPR 023267
Admitted to Practice in the U.S. District
Court for the Middle District of Tennessee

1

BARHAM & MAUCERE LLC
7209 Haley Industrial Dr, Ste 210
Nolensville, TN 37135
Phone: (423) 855-1755
Attorneys@b-m.law
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on this day a true and exact copy of the foregoing document has been served on the following counsel by electronic mail and/or CM/ECF to:

William W. Drinkwater, Esq.
Nelson, Mullings, Riley & Scarborough, LLP
150 Fourth Ave, N
Suite 1100
Nashville, TN 37219
woods.drinkwater@nelsonmullins.com
*Attorneys for Defendants Wells Fargo Bank,*
*N.A. and Wells Fargo Merchant Services, LLC*

Jarrod D. Shaw (*pro hac vice*)
Nellie E. Hestin (*pro hac vice*) MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7909
E-Mail: nhestin@mcguirewoods.com jshaw@mcguirewoods.com
*Attorneys for Defendants Wells Fargo Bank,*
*N.A. and Wells Fargo Merchant Services, LLC*

Alecia Venkataraman
Vimala, LLC
PO Box 8752
Longboat Key, FL 34228
aleciavimala@gmail.com
Plaintiffs

Scott Cooper
Pegasus Squire, Inc.
12021 Wilshire Blvd., Ste 770
Los Angeles, CA 90025-1206
scott@pegasussquire.com

This the 23rd day of December 2022

        **BARHAM & MAUCERE LLC**

        */s/ Daniel O. Barham*