# Daniel Barham

**From:** Daniel Barham
**Sent:** Friday, December 23, 2022 12:31 PM
**To:** Alecia Venkataraman; Scott Maucere
**Subject:** RE: Termination of Representation
**Attachments:** 2022.12.23 Vimala - B&M Motion to Withdraw as Counsel.docx; 2022.12.23 Vimala - B&M Memo in Support of Motion to WD.docx

Ms. Venkataraman,

To document next steps, per your below notice of termination of Barham & Maucere LLC in all matters, we will be filing a motion to withdraw as counsel for you and Vimala, LLC in Vimala v. Wells Fargo (Case No. 19-cv-0513). I have attached a copy of the motion and memorandum in support that we will file this afternoon. Thank you.


**Daniel O. Barham, Esq.**
Licensed in IL, MA, MN, OH, TN, & WI only
dan@b-m.law
b-m.law

# BARHAM & MAUCERE LLC

Barham & Maucere LLC
7209 Haley Industrial Dr., Ste 210
Nolensville, TN 37135
Office +1 615.490.8888
Mobile +1 615.415.8087
Fax +1 615.490.8733

Ohio Office
123 South Broad St, Ste 305
Lancaster, OH 43130
Office + 1 740.689.9828

PRIVATE AND CONFIDENTIAL

This law firm may be deemed a debt collector under the Fair Debt Collection Practices Act (FDCPA), and, as such, may be required to inform you that this is an attempt to collect a debt, and any information provided will be used for that purpose.

---

**From:** Alecia Venkataraman <aleciavimala@gmail.com>
**Sent:** Thursday, December 22, 2022 2:36 PM
**To:** Daniel Barham <dan@b-m.law>; Scott Maucere <scott@b-m.law>
**Subject:** Termination of Representation

Dan and Scott,

Per our conversation today, please accept this as official notice that I am terminating Barham and Maucere's legal representation of both Vimala, LLC and myself individually, effective immediately.

I'm addition, I am revoking any legal power of attorney for legal and tax matters previously given, and revoking authorization given to you to speak on my behalf or on behalf of Vimala, LLC.

Please copy me on all correspondence with other parties pertaining to this matter so that I may forward it on to the appropriate counsel.

I expect our communication and information shared with you during your representation of Vimala, LLC and myself, will remain strictly confidential and protected by attorney-client privilege. I will not waive any conflict of interest should you decide to represent any party that was involved in this matter or had/has a material interest in this matter, in Vimala,LLC, or as it relates to me individually.

Lastly, you still have boxes of files for Vimala, LLC and the NAS drive. I will be providing instructions to forward those files on to the appropriate parties in the coming weeks.

I kindly ask that you please remove the press release and information on your website discussing the lawsuit and your representation of Vimala, LLC and myself.

Please confirm receipt of this notice.

Thank you,

Alecia Venkataraman