IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIMALA LLC, d/b/a ALECIA et al., | ) | |
| Plaintiffs, | ) | NO. 3:19-cv-00513 |
| v. | ) | |
| WELLS FARGO BANK, N.A. et al., | ) | JUDGE ELI RICHARDSON |
| Defendants. | ) | |

## **MOTION**

Pursuant to the Court's 12/20/2022 Document 203 Order, including its footnote 1, and its included citations, and also Fed. R. Civ. P. 53(c)(2)[1] the Special Master attaches a declaration, and hereby recommends:

1) That this matter be reopened for the specific and limited purpose of resolving this motion;

2) That a contempt citation be issued against Plaintiffs and their Counsel; and

3) That the Court orders Plaintiffs and their counsel (Barham and Maucere) to pay Plaintiffs' share of the Special Master's fees (per the Court's 8/3/2022 Document 188 Order) to the extent such portion remains unpaid, despite repeated demands for payment by the Special Master.

As an alternative to item 2 above, the Special Master moves for the Court to require Plaintiffs and their Counsel to show cause why it should not be held in contempt of this Court's Order Appointing the Special Master, which makes each side responsible for payment of its respective share of each of the Special Master's invoices within thirty (30) days of receipt of such invoice.

_____

Scott Cooper, CMC CECI     12/23/2022
Special Master

---

[1] *Fed. Civ. P. 53(c)(2):* ***Sanctions***. The master may by order impose on a party any noncontempt sanction provided by Rule 37 or 45, and may recommend a contempt sanction against a party and sanctions against a nonparty