# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| VIMALA, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | No. 3:19-cv-00513 |
| WELLS FARGO BANK, N.A., ET AL., ) | JUDGE RICHARDSON |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF LIMITED APPEARANCE

Please enter the appearance of Michael Abelow as counsel for Plaintiffs Vimala, LLC and Alecia Venkataraman. This appearance is limited to responding to the Special Master's Motion (Doc. No. 208).

Respectfully submitted,

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
mabelow@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
Fax: (615) 742-4539
Counsel for Vimala, LLC and Alecia Venkataraman.

# CERTIFICATE OF SERVICE

I certify that on this day, March 2, 2023, a true and exact copy of the foregoing document has been served on the following counsel by electronic mail and/or CM/ECF to:

William W. Drinkwater, Esq.
NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
150 Fourth Ave, N
Suite 1100
Nashville, TN 37219
woods.drinkwater@nelsonmullins.com
*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC*

Jarrod D. Shaw
Nellie E. Hestin
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7909
E-Mail: nhestin@mcguirewoods.com; jshaw@mcguirewoods.com
*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC*

Scott Cooper Pegasus Squire, Inc.
12021 Wilshire Blvd., Ste 770
Los Angeles, CA 90025-1206
scott@pegasussquire.com

/s/ Michael G. Abelow