IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIMALA LLC, d/b/a ALECIA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:19-cv-00513 |
| | ) JUDGE RICHARDSON |
| WELLS FARGO BANK, N.A., et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court "Defendants' Motion Requesting Release of Outstanding Retainer for Services from Scott Cooper as Special Master" (Doc. No. 216, "Motion"). In the Motion, Defendants request an order requiring the Special Master to release the $17,186.59 outstanding Project Retainer to Defendants. Defendants have since filed a notice indicating their withdrawal of the Motion without prejudice. (Doc. No. 218, "Notice"). As they explain, Defendants are withdrawing the Motion because Wells Fargo received a check from Scott Cooper as Special Master in the amount of the outstanding Project Retainer ($17,186.59), rendering the Motion moot. The Motion is thus DENIED without prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE