IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIMALA, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:19-cv-00513 |
| | ) JUDGE RICHARDSON |
| WELLS FARGO BANK, N.A., et al., | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the motion (Doc. No. 208) filed by the Special Master for a contempt order against Plaintiffs and their (former) counsel and for an order directing Plaintiffs to pay certain of the Special Master's fees. Plaintiffs have filed a response (Doc. No. 220), and Plaintiffs' (former) counsel likewise have filed a response (Doc. No. 219). The Special Master shall have until May 1, 2023 to file an optional reply.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE