# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| Vimala, LLC, et al., ) <br> ) <br>   Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., et al., ) <br> ) <br>   Defendants. ) <br> _____ ) | No. 3:19-cv-00513 <br> JUDGE RICHARDSON |

## PLAINTIFFS' MOTION TO DIRECT SPECIAL MASTER TO SHARE SEALED DOCUMENTS WITH PLAINTIFFS

Plaintiffs Vimala, LLC and Alecia Venkataraman respectfully request that the Court direct the Special Master to share the Reply and the Report sealed by the Court pursuant to the Court's May 2, 2023 Order (Docket No. 223) with Plaintiffs' undersigned counsel.

Plaintiffs' counsel has made this request to California counsel for the Special Master, who has stated that the Special Master requires a Court Order to share the sealed documents with undersigned counsel.

The documents filed by the Special Master are in reply to the response filed by Plaintiffs on the fee/contempt issues, so it is appropriate for the Special Master to share the full documents with Plaintiffs' undersigned counsel.

Respectfully submitted,

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
mabelow@srvhlaw.com

Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 742-4200
Fax: (615) 742-4539
Counsel for Vimala, LLC and Alecia Venkataraman.

## CERTIFICATE OF SERVICE

I certify that on this day, May 8. 2023, a true and exact copy of the foregoing document has been served on the following counsel by CM/ECF, and by email to the Special Master:

William W. Drinkwater, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
150 Fourth Ave, N
Suite 1100
Nashville, TN 37219
*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC*

Jarrod D. Shaw
Nellie E. Hestin
McGuire Woods, LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7909
*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Merchant Services, LLC*

Jeff Switzer
Evans, Jones & Reynolds, P.C.
401 Commerce Street, Suite 710
Nashville, TN 37219
Attorneys for Barham & Marcure, LLC

Scott Cooper Pegasus Squire, Inc.
12021 Wilshire Blvd., Ste 770
Los Angeles, CA 90025-1206
scott@pegasussquire.com

                                                          */s/ Michael G. Abelow*