# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | | |
|---|---|---|
| VIMALA, LLC, ET AL., | ) | *Eli Richardson* |
| | ) | |
|    PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-cv-00513 |
| WELLS FARGO BANK, N.A., ET AL., | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
|    DEFENDANTS. | ) | |
| | ) | |

## PLAINTIFFS' MOTION TO DIRECT SPECIAL MASTER TO SHARE SEALED DOCUMENTS WITH PLAINTIFFS

Plaintiffs Vimala, LLC and Alecia Venkataraman respectfully request that the Court direct the Special Master to share the Reply and the Report sealed by the Court pursuant to the Court's May 2, 2023 Order (Docket No. 223) with Plaintiffs' undersigned counsel.

Plaintiffs' counsel has made this request to California counsel for the Special Master, who has stated that the Special Master requires a Court Order to share the sealed documents with undersigned counsel.

The documents filed by the Special Master are in reply to the response filed by Plaintiffs on the fee/contempt issues, so it is appropriate for the Special Master to share the full documents with Plaintiffs' undersigned counsel.

Respectfully submitted,

 /s/ Michael G. Abelow
Michael G. Abelow (No. 26710)
mabelow@srvhlaw.com