IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIMALA, LLC et al, | ) |
|    Plaintiffs, | ) NO. 3:19-cv-00513 |
| v. | ) JUDGE RICHARDSON |
| WELLS FARGO BANK, N.A. et al, | ) |
|    Defendants. | ) |

**ORDER**

Via separate order, the Court has granted the Special Master's request for a judgment against Plaintiffs for a portion of the Special Master's fees. This order shall serve to reflect the Court's calculation for the amount of such judgment.

Per the Court's order, Plaintiffs ware responsible for 33.3 percent of the costs and expenses of the Special Master. The record reflects a total of four invoices that show that Plaintiff's 33.3 percent share of each of these four invoices is, respectively, calculable as $18,746.24, $15,039.28, $22,064.91, and $12,591.40. The resulting total is $66,441.83. Accordingly, the Court shall enter judgment, via a separate document, against Plaintiffs and in favor of the Special Master in the amount of $68, 441.83.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE