IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIMALA, LLC and ALECIA VENKATARAMAN, | ) ) ) | NO. 3:19-cv-00513 |
| Plaintiffs, | ) ) | JUDGE RICHARDSON |
| v. | ) ) ) | |
| WELLS FARGO BANK, N.A. et al, | | |
| Defendants | | |

SCOTT COOPER, Special Master and Claimant,

v.

VIMALA, LLC and ALECIA VENKATARAMAN.

## JUDGMENT

Judgment is hereby entered in favor of the Special Master, Scott Cooper, and against Plaintiffs Vimala, LLC and Alecia Venkataraman, in the amount of $68,441.83.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE